STATE of Missouri, Respondent,

v.

Salvador GONZALEZ, Appellant.

No. WD 36520.

Missouri Court of Appeals,
Western District.

Nov. 5, 1985.

Motion for Rehearing and/or Transfer to
Supreme Court Overruled and Denied
Dec. 3, 1985.

Application to Transfer Denied
Jan. 15, 1986.

Sean D. O'Brien, Public Defender, Kansas City, David S. Durbin, Asst. Public Defender, for appellant.

William L. Webster, Atty. Gen., Jefferson City, John M. Morris, Asst. Atty. Gen., for respondent.

Before TURNAGE, P.J., and DIXON, and LOWENSTEIN, JJ.

ORDER

PER CURIAM:

Appeal from a jury trial conviction for exhibiting a lethal weapon, § 571.030.1(4), RSMo Supp.1984, and sentence of five years imprisonment.

Judgment affirmed. Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Eddie JOINER, Appellant.

No. 49888.

Missouri Court of Appeals,
Eastern District,
Division Five.

Nov. 5, 1985.

Motion for Rehearing and/or Transfer
Denied Dec. 17, 1985.

Application to Transfer Denied
Jan. 15, 1986.

John Putzel, Office of the Public Defender, St. Louis, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM:

Direct appeal from a jury conviction for the sale of a controlled substance, Schedule I, in violation of § 195.020, RSMo 1978.

Judgment affirmed. Rule 30.25(b).